UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN S. WILLIAMS, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>GAVIN NEWSOM, <br><br>　　　　Defendant. | Case No. 20-cv-06328-EMC <br><br> **ORDER OF DISMISSAL** |

Plaintiff commenced this action by filing a motion for injunctive relief.  On September 16, 2020, the Court denied the motion for injunctive relief and informed Plaintiff that he had to file a complaint if he wished to go forward with the action.  The Court ordered Plaintiff to "file a complaint no later than October 23, 2020, or this action will be dismissed."  Docket No. 8 at 10.  Plaintiff did not file an amended complaint, and the deadline by which to do so has passed.  For the foregoing reasons, and the reasons stated in the Order Denying Request For Emergency Injunctive Relief And Requiring Complaint, this action is **DISMISSED** for failure to file a complaint that states a claim upon which relief may be granted.  The Clerk shall close the file

**IT IS SO ORDERED**.

Dated: December 11, 2020

_____
EDWARD M. CHEN
United States District Judge